AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joan Ruggiero | ) | Case No. 13-MJ-2270-MBB |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2008__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See Affidavit, attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nancy L. McCormick, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: August 1, 2013

_____
Judge's signature

City and state: Boston, Massachusetts

Marianne B. Bowler, Magistrate Judge
Printed name and title