≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  **Category No.** II  **Investigating Agency** FBI

**City** BOSTON  **Related Case Information:**

**County** SUFFOLK

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: JOAN RUGGIERO   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address (City & State): DORCHESTER, MA

Birth date (Yr only): 1937  SSN (last4#): 0742  Sex: F  Race: White  Nationality: USA

**Defense Counsel if known:** Raymond Sayeg  **Address** One McKinley Square

**Bar Number** 555437  Boston, MA 02109

**U.S. Attorney Information:**

**AUSA** Eric. P. Christofferson  **Bar Number if applicable** 654087

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/1/2013  Signature of AUSA: *E. Chff*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOAN RUGGIERO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____