UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA,

v.

Case No. 13-MJ-2270-MBB

JOAN RUGGIERO,

 Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO WAIVE PROBABLE CAUSE HEARING

NOW COMES the Defendant, Joan Ruggiero, in the above-captioned matter and waives the probable cause hearing in this matter which has been scheduled for August 23, 2013.

 JOAN RUGGIERO

 By her attorney,

 /s/Raymond Sayeg
 Raymond Sayeg, Esq.
 Krattenmaker O'Connor & Ingber P.C.
 One McKinley Square, 5th Floor
 Boston, MA  02109
 (617) 523-1010
 (BBO NO. 555437)

Dated: August 19, 2013

## CERTIFICATE OF SERVICE

I, Raymond Sayeg, hereby certify that on this 19th day of August, 2013, that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants on August 19, 2013.

 s/ Raymond Sayeg
 Raymond Sayeg

{00056667.DOC}